AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Ardis L. Wilson

v.

Department of Corrections, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-5070-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   Having granted Plaintiff the opportunity to amend or voluntarily dismiss his complaint and Plaintiff having failed to keep the Court apprized of his change of address, IT IS ORDERED the complaint is DISMISSED for failure to state a cognizable § 1983 claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but without prejudice to Plaintiff filing an appropriate state court action or habeas corpus petition.

June 23, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Vikki Johnson  
*(By) Deputy Clerk*  
Vikki Johnson